# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Aleksandr Zaks / Gelena Zaks**, Debtor(s)

Case No. **14-12022**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, a copy of Debtors' Response and Opposition to Motion for Relief of JPMorgan Chase was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

KML Group, PC
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106
Attention: Joshua I. Goldman, Esquire

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**