# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-12022-AMC

ALEKSANDR ZAKS
GELENA ZAKS
506 STEVENS ROAD

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEKSANDR ZAKS
    GELENA ZAKS
    506 STEVENS ROAD

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

Date: 11/4/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee