# **IN THE UNITED STATES BANKRUPTCY COURT**
# **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Zaks, Aleksandr  
<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 14-12022 AMC

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1167

Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406