# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Aleksandr Zaks / Gelena Zaks**, Debtor(s)

Case No. **14-12022**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 13, 2017**, a copy of Application for Compensation was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Honda Finance**
**Bank of America**
**Capital One Bank**
**Chase Bank**
**Discover Financial Services**
**GE Money Bank/GAP**
**GECRB/Lowes**
**Home Depot/Citibank**
**HSBC**
**Joseph Levine & Son, Inc.**
**LVNV Funding LLC**
**Macy's**
**Midland Funding LLC**
**RBS Citizens, N.A.**
**Target National Bank**
**Aleksandr and Gelena Zaks**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**