# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Aleksandr Zaks**
     **Gelena Zaks**
                                                    Case No. **14-12022**
                        Debtor(s)                   Chapter  **13**

## CERTIFICATE OF NO RESPONE

Tova Weiss, Esquire, counsel for debtors, Aleksandr Zaks and Gelena Zaks, does hereby certify that no response or objection was received regarding the Application for Compensation filed on December 13, 2017.

Dated: January 2, 2018

/s/Tova Weiss
Tova Weiss, Esquire
Attorney I.D. 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Attorney for Debtor(s)