# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Aleksandr Zaks / Gelena Zaks**, Debtor(s)

Case No. **14-12022**
Chapter **13**

## **ORDER**

AND NOW, on this _____ day of _____, 2017, the Fee Application of Counsel for the Debtor, Tova Weiss, Esquire, is hereby APPROVED AND ALLOWED AS FOLLOWS:

Court costs already paid:……………………………………………$281.00

Attorney's fees, having been paid to Applicant……………....……….$2,219.00

**Date: January 3, 2018**

Ashely M. Chan
United States Bankruptcy Judge