# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-12022-AMC

ALEKSANDR ZAKS
GELENA ZAKS
506 STEVENS ROAD

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEKSANDR ZAKS
    GELENA ZAKS
    506 STEVENS ROAD

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

                                               /S/ William C. Miller
Date: 1/30/2018                                        _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee