UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Aleksandr Zaks
      Bankruptcy No. 14-12022
      Adversary No.
      Chapter      13

Date:  09/17/2018

To:      Tova Weiss

## NOTICE OF INACCURATE FILING

Re:  Certificate of Service to Amended Schedule A/B

The above pleading was filed in this office on **09/14/2018.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( ) Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing
    **(X)**    Wrong PDF document attached
    ( )    PDF document not legible
    ( )    Notice of Motion/Objection
    ( )    Electronic Signature missing
    ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                            Timothy B. McGrath
                            Clerk

                            By: Donna Rockeymore
                            Deputy Clerk