United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-12022-amc
Aleksandr Zaks                                                      Chapter 13
Gelena Zaks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1          Date Rcvd: Jun 20, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
13593411       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
              TOVA  WEISS    on behalf of Debtor Aleksandr  Zaks weiss@lawyersbw.com
              TOVA  WEISS    on behalf of Joint Debtor Gelena  Zaks weiss@lawyersbw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-12022-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Aleksandr Zaks
506 Stevens Road
Morrisville PA 19067

Gelena Zaks
506 Stevens Road
Morrisville PA 19067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 9: JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219

Name and Address of Transferee:

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/22/19

Tim McGrath
**CLERK OF THE COURT**