B20A (Official Form 20A) (Notice of Moiton or Objection) (12/10)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Aleksandr Zaks** <br> **Gelena Zaks** | Case No. **14-12022** |
| | Debtor | |
| Address | **506 Stevens Road** <br> **Morrisville, PA 19067** | Chapter **13** |

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-2004 & xxx-xx-9158**

Employer's Tax Identification (EIN) No(s). (if any):

## NOTICE OF MOTION TO MODIFY PLAN POST-CONFIRMATION AND AUTHORIZATION FOR DISTRIBUTION OF SETTLEMENT FUNDS

Debtors, Aleksandr Zaks and Gelena Zaks have filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the motion to reinstate then on or before July 12, 2019 you or your attorney must:

File with the court a written request for a hearing *or, if the court requires a written response, an answer, explaining your position* at:

U.S. Bankruptcy Court
900 Market Street
Clerk's Office-4th Floor
Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966

Attend the hearing to be scheduled to be held on July 30, 2019 at 10:00a.m. in Courtroom #4, Judge Chan , United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | | |
|---|---|---|
| Date | **June 28, 2019** | Signature **/s/ Tova Weiss** <br> Name **Tova Weiss 74015** <br> Address **Blitshtein & Weiss** <br> **648 2nd Street Pike** <br> **Southampton, PA 18966** |