# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Aleksandr Zaks**, **Gelena Zaks**  
Debtor(s)

Case No. **14-12022**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 28, 2019**, a copy of **Motion to Modify Chapter 13 Plan Post-Confirmation and Authorization For Distribution of Settlement Funds** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Honda Finance**
**RBS Citizens**
**Collecto US Asset Management**
**Cerastes, LLC**
**Ashley Funding Services LLC**
**MidFirst Bank**
**HSBC**
**LVNV Funding LLC**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**