# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 14-12022** |
| **Aleksandr Zaks** : | **Chapter 13** |
| **Gelena Zaks** : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **MidFirst Bank** : | **Date and Time of Hearing** |
| **Movant** : | **Place of Hearing** |
| : | _____ |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Aleksandr Zaks** : | **900 Market Street, Courtroom #4** |
| **Gelena Zaks** : | **Philadelphia, PA, 19107** |
| : | |
| : | |
| **William C. Miller, Trustee** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED** that the Automatic Stay be and hereby is terminated as it affects the interest of MidFirst Bank in and to the Real Property of Debtor located at 506 Stevens Road, Morrisville, PA 19067 and more particularly described in the Mortgage, recorded October 15, 2008, at Instrument Number 2008088139.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

**Date: July 23, 2019**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-019554_JDD1