United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-12022-amc
Aleksandr Zaks                                                  Chapter 13
Gelena Zaks
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Jul 23, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db/jdb         +Aleksandr Zaks,   Gelena Zaks,   506 Stevens Road,   Morrisville, PA 19067-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
       bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
       ecfemails@ph13trustee.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KARINA VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
      TOVA WEISS    on behalf of Debtor Aleksandr  Zaks weiss@lawyersbw.com
      TOVA WEISS    on behalf of Joint Debtor Gelena  Zaks weiss@lawyersbw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                       TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-12022** |
| **Aleksandr Zaks** | : | **Chapter 13** |
| **Gelena Zaks** | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant** | : | **Place of Hearing** |
| | : | _____ |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Aleksandr Zaks** | : | **900 Market Street, Courtroom #4** |
| **Gelena Zaks** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller, Trustee** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED** that the Automatic Stay be and hereby is terminated as it affects the interest of MidFirst Bank in and to the Real Property of Debtor located at 506 Stevens Road, Morrisville, PA 19067 and more particularly described in the Mortgage, recorded October 15, 2008, at Instrument Number 2008088139.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

**Date: July 23, 2019**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-019554_JDD1