# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Aleksandr Zaks**
**Gelena Zaks**

Case No. **14-12022**

Debtor(s)

Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2019**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Honda Finance**
**RBS Citizens**
**Collecto US Asset Management**
**Cerastes, LLC**
**Ashley Funding Services LLC**
**MidFirst Bank**
**HSBC**
**LVNV Funding LLC**

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**