# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Aleksandr Zaks / Gelena Zaks**, Debtor(s)

Case No. **14-12022**
Chapter **13**

## ORDER

AND NOW, on this 30th day of July, 2019, after review, consideration and/or hearing on the Motion to Modify Chapter 13 Plan Post-Confirmation and Authorization to Distribute Settlement Funds, it is hereby ORDERED and DECREED:

1. That the Motion to Modify Chapter 13 Plan Post-Confirmation and Authorization to Distribute Settlement Funds is hereby GRANTED;

2. That Attorney Douglas Milch is hereby authorized and directed to pay the Trustee $4,995.36 for unsecured creditors; and

3. The remainder of the net settlement proceeds is authorized to be paid to debtor, Aleksandr Zaks.

By the Court:

_____
Ashely M. Chan
United States Bankruptcy Judge