United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aleksandr Zaks  
Gelena Zaks  
    Debtors

Case No. 14-12022-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Jul 30, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.  
db/jdb     +Aleksandr Zaks,    Gelena Zaks,    506 Stevens Road,    Morrisville, PA 19067-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:  
       ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KARINA VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com  
       TOVA WEISS    on behalf of Debtor Aleksandr Zaks weiss@lawyersbw.com  
       TOVA WEISS    on behalf of Joint Debtor Gelena Zaks weiss@lawyersbw.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                       TOTAL: 13

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Aleksandr Zaks** **Gelena Zaks** | Case No. | **14-12022** |
| | Debtor(s) | Chapter | **13** |

## ORDER

AND NOW, on this 30th day of July, 2019, after review, consideration and/or hearing on the Motion to Modify Chapter 13 Plan Post-Confirmation and Authorization to Distribute Settlement Funds, it is hereby ORDERED and DECREED:

1. That the Motion to Modify Chapter 13 Plan Post-Confirmation and Authorization to Distribute Settlement Funds is hereby GRANTED;

2. That Attorney Douglas Milch is hereby authorized and directed to pay the Trustee $4,995.36 for unsecured creditors; and

3. The remainder of the net settlement proceeds is authorized to be paid to debtor, Aleksandr Zaks.

By the Court:

_____
Ashely M. Chan
United States Bankruptcy Judge