Certificate Number: 15111-PAE-DE-033266263

Bankruptcy Case Number: 14-12022



15111-PAE-DE-033266263

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 17, 2019</u>, at <u>8:02</u> o'clock <u>AM EDT</u>, <u>Alexander Zaks</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 17, 2019</u>           By:     <u>/s/Ryan McDonough</u>

                                      Name:   <u>Ryan McDonough</u>

                                      Title:  <u>Executive Director of Education</u>