United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12022-amc
Aleksandr Zaks                                                            Chapter 13
Gelena Zaks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2             Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db/jdb         +Aleksandr Zaks,    Gelena Zaks,    506 Stevens Road,    Morrisville, PA 19067-3802
13265614      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998-2235)
13896871       +Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13355477       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13265616       +Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
13265620       +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13270655       +JPMORGAN CHASE BANK, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839966       +JPMorgan Chase Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13593411       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13265622       +Joseph Levine & Son, Inc.,    4737 Street Road,    Feasterville Trevose, PA 19053-6649
13265624       +Macy's,   P.O. Box 8218,    Mason, OH 45040-8218
13331632        Main Street Acquisition Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14344097       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14337159        MidFirst Bank,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,    Columbus, OH 43216-5028
13267984       +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
13265626       +RBS Citizens, N.A.,    P.O. Box 42113,    Providence, RI 02940-2113
13265627       +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
13265628       +Yakov Prokoshin,    57 Laurel Road,    Princeton, NJ 08540-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 19 2019 04:09:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13280278        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 19 2019 04:09:01
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6441
13265613       +E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 19 2019 04:09:01     American Honda Finance,
                 200 Continental Drive, Suite 301,    Newark, DE 19713-4336
13382036        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:15:21
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13265615       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 04:03:40      Capital One Bank,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
13302382       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 19 2019 04:09:02
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
13265617        E-mail/Text: mrdiscen@discover.com Nov 19 2019 04:08:26     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
13265618       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:03:38     GE Money Bank/GAP,
                 P.O. Box 965005,   Orlando, FL 32896-5005
13265619       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10     GECRB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13265623       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:15:34     LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13276634        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:15:21     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
13265625       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 04:08:57     Midland Funding LLC,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13265621       ##+HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARINA   VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
          TOVA   WEISS    on behalf of Joint Debtor Gelena   Zaks weiss@lawyersbw.com
          TOVA   WEISS    on behalf of Debtor Aleksandr   Zaks weiss@lawyersbw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Aleksandr Zaks and Gelena Zaks

      Debtor(s)                                        Bankruptcy No: 14−12022−amc

                                                                   Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                                 Timothy B. McGrath
                                                                  Clerk of Court

Dated: 11/18/19

                                                                                             126 − 125
                                                                                         Form 138_new